15-25-00001-CV

TRIAL COURT CAUSE NO. _____24-BC11A-0007__

<table>
<tr><td>§</td><td>IN THE BUSINESS COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>OF TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>DIVISION 11</td></tr>
<tr><td>§</td><td></td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/2/2025 12:50:43 PM
CHRISTOPHER A. PRINE
Clerk

# BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: ____December 28, 2024_____

Type of Order (Interlocutory or Final): __Interlocutory_____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _December 30, 2024_____

Date Notice of Appeal Filed: __December 31, 2024_____

Name of judge who entered judgment: _____Sofia Adrogué_____

Name of court reporter:_____

   Address of court reporter:_____

Name of attorney on appeal:_Timothy McCarthy_____ SB#: _24123750_____

   Attorney Address:__5 Houston Center, 1401 McKinney St., Ste 1625, Houston, TX 77010

   Attorney E-Mail Address: _tmccarthy@dykema.com_____

   Attorney on appeal (check applicable box):

           ☐ appointed          x retained          ☐ Pro Se

Name of Appellee's Attorney: ___Joseph Fischer_____

   Attorney Address: _1401 McKinney St., Ste 1900, Houston, TX 77010_____

   Attorney E-Mail Address: ___tfischer@jw.com_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On____January 2, 2025_____          By: ___BC_____(clerk's

initials)

E-filed in the Office of the Clerk
for the Business Court of Texas
12/31/2024 4:24 PM
Accepted by: Beverly Crumley
Case Number: 24-BC11A-0007

**NO. 24-BC11A-0007**

| | | |
|---|---|---|
| **TUSIMPLE HOLDINGS, INC.,** | § | **IN THE BUSINESS COURT** |
| | § | **DIVISION OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **THE ELEVENTH DISTRICT** |
| | § | **SITTING** |
| **BOT AUTO TX INC.** | § | |
| | § | |
| **Defendant.** | § | **IN HARRIS COUNTY, TEXAS** |

## <u>NOTICE OF ACCELERATED APPEAL</u>

In accordance with Texas Civil Practice and Remedies Code Section 51.014(a)(4) and Texas Rules of Appellate Procedure 25.1, 26.1(b), and 28.1, Plaintiff **TuSimple Holdings, Inc.** hereby gives notice of its intent to appeal to the Fifteenth Court of Appeals from the December 28, 2024 Order denying Plaintiff's Application for Temporary Injunction and dissolving the Parties' Prehearing Stipulation and Order on Plaintiff's Application for Temporary Restraining Order to Preserve the Status Quo.

The identity of the trial court, the trial court cause number, and the trial court style of the case are listed in the case caption above. This is an accelerated appeal from the denial of a temporary injunction (*see* TEX. R. APP. P. 28.1 and TEX. CIV. P. & REM. CODE 51.014(a)(4)), but is not a parental-termination case, a child-protection case, or an appeal from an order certifying a child to stand trial as an adult under Rule 28.4 (*see* TEX. R. APP. P. 25.1(d)(6)).

Dated: December 31, 2024

Respectfully submitted,

By: */s/ Timothy J. McCarthy*
**Timothy J. McCarthy**
State Bar No. 24123750
tmccarthy@dykema.com
**Cliff P. Riley**
State Bar No. 24094915

criley@dykema.com
**Christopher D. Kratovil**
State Bar No. 24027427
ckratovil@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

**Isaac Villarreal**
State Bar No. 24054553
ivillareal@dykema.com
**Amanda Gordon**
State Bar No. 24103737
agordon@dykema.com
**DYKEMA GOSSETT PLLC**
5 Houston Center
1401 McKinney St., Suite 1625
Houston, Texas 77010
Telephone: (713) 904-6900
Facsimile: (214) 462-6401

**ATTORNEYS FOR PLAINTIFF**
**TUSIMPLE HOLDINGS, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Texas Rules of Civil Procedure, a true and correct copy of the foregoing document was served via the e-File Texas electronic filing system and email, on this the 31st day of December, 2024.


*/s/ Cliff P. Riley*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathy Lowery on behalf of Timothy McCarthy
Bar No. 24123750
KLowery@dykema.com
Envelope ID: 95763410
Filing Code Description: Notice of Appeal
Filing Description: Notice of Accelerated Appeal
Status as of 1/2/2025 11:30 AM CST

Associated Case Party: BOT Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Judy AMinter | | jminter@jw.com | 12/31/2024 4:24:05 PM | SENT |
| Joseph Fischer | | tfischer@jw.com | 12/31/2024 4:24:05 PM | SENT |
| Tori Emery | | temery@jw.com | 12/31/2024 4:24:05 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 12/31/2024 4:24:05 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 12/31/2024 4:24:05 PM | SENT |
| Leisa Peschel | | lpeschel@jw.com | 12/31/2024 4:24:05 PM | SENT |

Associated Case Party: TuSimple Holdings, Inc

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lina Bryant | | LBryant@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Cliff PRiley | | criley@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Caryl SSmith | | csmith@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Crystal Morales | | cmorales@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 12/31/2024 4:24:05 PM | SENT |
| Aaron Kotulek | | akotulek@dykema.com | 12/31/2024 4:24:05 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathy Lowery on behalf of Timothy McCarthy
Bar No. 24123750
KLowery@dykema.com
Envelope ID: 95763410
Filing Code Description: Notice of Appeal
Filing Description: Notice of Accelerated Appeal
Status as of 1/2/2025 11:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Business Court 11A | | BCDivision11A@txcourts.gov | 12/31/2024 4:24:05 PM | SENT |

E-filed in the Office of the Clerk
for the Business Court of Texas
12/29/2024 12:22 AM
Accepted by: Beverly Crumley
Case Number: 24-BC11A-0007



**THE BUSINESS COURT OF TEXAS**
**ELEVENTH DIVISION**

| | | |
|---|---|---|
| TuSimple Holdings, Inc., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Cause No. 24-BC11A-0007 |
| | § | |
| Bot Auto TX Inc., | § | |
| *Defendants.* | § | |
| | § | |

===

**ORDER**

===

On November 18–19, 2024, came to be heard Plaintiff TuSimple Holdings, Inc.'s ("Plaintiff" or "TuSimple") Original Petition and Application for Temporary Restraining Order and Application for Temporary and Permanent Injunctions ("Plaintiff's Application") against Defendant Bot Auto TX Inc. ("Defendant").[1] At this juncture, having considered Plaintiff's Application; Defendant's Brief in Opposition to Application for Temporary Restraining Order and Application for Temporary and Permanent Injunctions; Plaintiff's Reply to Defendant's Brief in Opposition to Plaintiff's Application for Temporary Restraining Order and Temporary and Permanent Injunctive Relief; Defendant's Supplemental Opposition to TuSimple's Application for a Temporary

---

[1] Plaintiff and Defendant are collectively referred to herein as the "Parties."

1

Injunction; Plaintiff's Response to Defendant's Supplemental Opposition to Plaintiff's Application for Temporary Injunctive Relief; the evidence presented; the arguments of counsel; and the current status of the law, the Court **ORDERS** that TuSimple's Application for Temporary Injunction is **DENIED**.

It is further **ORDERED** that the Parties' Prehearing Stipulation and Order on Plaintiff's Application for Temporary Restraining Order to Preserve the Status Quo, signed on October 28, 2024 and entered in the Court's record on October 29, 2024, is **DISSOLVED** and no longer will have any force or effect.

SO ORDERED.

SIGNED: December 28, 2024

_____
Hon. Sofia Adrogué
Texas Business Court, Eleventh Division

2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 95695895
Filing Code Description: No Fee Documents
Filing Description: Order
Status as of 12/30/2024 8:01 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Judy AMinter | | jminter@jw.com | 12/29/2024 12:22:20 AM | SENT |
| Lina Bryant | | LBryant@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Cliff PRiley | | criley@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Caryl SSmith | | csmith@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Kathy Lowery | | klowery@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Joseph Fischer | | tfischer@jw.com | 12/29/2024 12:22:20 AM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Tori Emery | | temery@jw.com | 12/29/2024 12:22:20 AM | SENT |
| Crystal Morales | | cmorales@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Amanda Gordon | | agordon@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Leisa Peschel | | lpeschel@jw.com | 12/29/2024 12:22:20 AM | SENT |
| Aaron Kotulek | | akotulek@dykema.com | 12/29/2024 12:22:20 AM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 12/29/2024 12:22:20 AM | SENT |
| Richard Liu | | richard.liu@consultils.com | 12/29/2024 12:22:20 AM | SENT |
| Business Court 11A | | BCDivision11A@txcourts.gov | 12/29/2024 12:22:20 AM | SENT |